**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Raul Blanco Quinonez
                Plaintiff,

v.                               Case No.: 1:25−cv−13615
                                        Honorable Steven C. Seeger

Sam Olson, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 29, 2026:

      MINUTE entry before the Honorable Steven C. Seeger: Petitioner's unopposed motion to withdraw the petition (Dckt. No. [18]) is hereby granted. The petition and amended petition (Dckt. Nos. [1], [4]) are deemed withdraw. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.